```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 07 B 23887
    LARRY G STUDDARD
                                               CHAPTER 13

                                               JUDGE: JACK B SCHMETTERER

          Debtor
    SSN XXX-XX-3989

------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 12/19/2007 and was confirmed 02/20/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 01/07/2009.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                               PAID          PAID
------------------------------------------------------------------------------
INTERNAL REVENUE SERVICE  NOTICE ONLY    NOT FILED              .00           .00
THOMAS R HITCHCOCK        PRIORITY       NOT FILED              .00           .00
INTERNAL REV SVC          NOTICE ONLY    NOT FILED              .00           .00
BUREAU OF COLLECTION REC  UNSEC W/INTER  NOT FILED              .00           .00
CBCS                      UNSEC W/INTER  NOT FILED              .00           .00
CMI                       UNSEC W/INTER  NOT FILED              .00           .00
CREDIT MANAGEMENT CONT    UNSEC W/INTER  NOT FILED              .00           .00
D PATRICK MULLARKEY       NOTICE ONLY    NOT FILED              .00           .00
INTERNAL REVENUE SERVICE  NOTICE ONLY    NOT FILED              .00           .00
FID INFO CORP             UNSEC W/INTER     495.11              .00           .00
FIRST PREIMER BANK        UNSEC W/INTER     427.94              .00           .00
FIRST PREMIER BANK        UNSEC W/INTER  NOT FILED              .00           .00
HSBC/RS                   UNSEC W/INTER  NOT FILED              .00           .00
LVNV FUNDING              UNSEC W/INTER  NOT FILED              .00           .00
MEDICAL COLLECTIONS SYS   UNSEC W/INTER  NOT FILED              .00           .00
MEDICAL COLLECTIONS SYS   UNSEC W/INTER  NOT FILED              .00           .00
JEFFERSON CAPITAL SYSTEM  UNSEC W/INTER     660.56              .00           .00
PARK DANSAN               UNSEC W/INTER  NOT FILED              .00           .00
PEOPLES GAS LIGHT & COKE  UNSEC W/INTER     548.43              .00           .00
PORTFOLIO RECOVERY ASSOC  UNSEC W/INTER     500.86              .00           .00
US ATTORNEY               NOTICE ONLY    NOT FILED              .00           .00
WEST ASSET MANAGEMENT     UNSEC W/INTER  NOT FILED              .00           .00
SAXON MORTGAGE            CURRENT MORTG       .00               .00           .00
SAXON MORTGAGE            MORTGAGE ARRE    1161.70              .00        1161.70
SAXON MORTGAGE SERVICES   NOTICE ONLY    NOT FILED              .00           .00
T-MOBILE USA              UNSEC W/INTER     170.32              .00           .00
ILLINOIS DEPT OF REV      PRIORITY         2610.48              .00           .00
ILLINOIS DEPT OF REV      UNSEC W/INTER     448.93              .00           .00
COMMONWEALTH EDISON       UNSEC W/INTER     789.85              .00           .00
THOMAS R HITCHCOCK        REIMBURSEMENT     338.50              .00         338.50
INTERNAL REVENUE SERVICE  PRIORITY         3491.12              .00           .00
INTERNAL REVENUE SERVICE  UNSECURED       13940.67              .00           .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 07 B 23887 LARRY G STUDDARD
```

```
THOMAS R HITCHCOCK        DEBTOR ATTY    3,500.00                    3,500.00
TOM VAUGHN                TRUSTEE                                      434.80
DEBTOR REFUND             REFUND                                          .00

      Summary of Receipts and Disbursements:
---------------------------------------------------------------------------
                          RECEIPTS              DISBURSEMENTS
---------------------------------------------------------------------------
TRUSTEE                   5,435.00

PRIORITY                                              338.50
SECURED                                             1,161.70
UNSECURED                                                .00
ADMINISTRATIVE                                      3,500.00
TRUSTEE COMPENSATION                                  434.80
DEBTOR REFUND                                            .00
                         ---------------       ---------------
TOTALS                    5,435.00                  5,435.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
   Dated: 03/05/09                _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE